MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5589
    Fax: (408) 535-5066
    Philip.Kopczynski@USDOJ.gov

Attorneys for United States of America

FILED
AUG 20 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IRVING CHAVARIN-THACKER,<br><br>    Defendant. | NO. 13-MJ-71020 PSG<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Complaint without prejudice in the above-referenced case, and moves that the Court quash the arrest warrant issued in connection with the Complaint.

DATED: August 18, 2014

                                              Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                                  /s/
                                              PHILIP KOPCZYNSKI
                                              Special Assistant United States Attorney

NOTICE OF DISMISSAL (13-MJ-71020 PSG)

Leave is granted to the government to dismiss the Complaint. It is further ordered that the arrest warrant issued in connection with the Complaint is quashed.

Date: 8/19/14

THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge

HOWARD R. LLOYD

NOTICE OF DISMISSAL (13-MJ-71020 PSG)